SEALED

FILED

Jan 26 ... '15

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE ROGLIO FLOREZ, ) <br> ) <br> Defendant. ) <br> ) | Case No: 2:15-mj-00043-VCF |

## SEALING ORDER

Based on the pending Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint, together with the Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 26th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE