RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
paul_riddle@fd.org

Attorney for Jose Roglio Florez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ROGLIO FLOREZ,<br><br>　　　　　Defendant. | Case No. 2:15-cr-071-JAD-GWF<br><br>**UNOPPOSED MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT AND PLEA HEARING ON SUPERSEDING INDICTMENT** |

　　　　COMES NOW THE DEFENDANT, Jose Roglio Florez, by and through Rene L. Valladares, Federal Public Defender and his counsel of record, Paul D. Riddle, Assistant Federal Public Defender, and hereby respectfully moves this Court for an order to waive his appearance on the superseding indictment (ECF 90) filed on June 29, 2016.

　　　　Although Federal Rules of Criminal Procedure 43(a) mandate a defendant appear for the initial arraignment and plea on indictment, defendant Jose Roglio Florez made his initial appearance for arraignment and plea in this case on March 18, 2015 (ECF 15).

/ / /

After conferring, government counsel has indicated to undersigned defense counsel that she is not opposed to the waiver of Mr. Florez's appearance. The superseding indictment filed yesterday has no bearing on the charges pending against Mr. Florez and he respectfully requests the Court waive his appearance tomorrow, July 1, 2016 at 3:00 p.m.

DATED this 30th of June, 2016.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Paul D. Riddle*
PAUL D. RIDDLE
Assistant Federal Public Defender
Attorney for Jose Roglio Florez

IT IS SO ORDERED:

this  30th  day of  June ,
2016.

_____
UNITED STATES MAGISTRATE JUDGE

2