RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
paul_riddle@fd.org

Attorney for Jose Roglio Florez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSE ROGLIO FLOREZ,<br><br>          Defendant. | Case No. 2:15-cr-071-JAD-GWF<br><br>**UNOPPOSED MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT AND PLEA HEARING ON THIRD SUPERSEDING INDICTMENT** |

COMES NOW THE DEFENDANT, Jose Roglio Florez, by and through Rene L. Valladares, Federal Public Defender and his counsel of record, Paul D. Riddle, Assistant Federal Public Defender, and hereby respectfully moves this Court for an order to waive his appearance on the Third Superseding Indictment (ECF 135) filed on October 5, 2016.

Although Federal Rules of Criminal Procedure 43(a) mandate a defendant appear for the initial arraignment and plea on indictment, defendant Jose Roglio Florez made his initial appearance for arraignment and plea in this case on March 18, 2015 (ECF 15).

/ / /

After conferring, government counsel has indicated to undersigned defense counsel that he is not opposed to the waiver of Mr. Florez's appearance. The third superseding indictment filed has changed count three from Armed Bank Robbery to Interference with Commerce by Robbery, however, the factual allegations remain the same. Accordingly, Mr. Florez respectfully requests the Court waive his appearance Thursday, October 13, 2016 at 3:00 p.m.

DATED this 11th of October, 2016.  RENE L. VALLADARES
Federal Public Defender

By: */s/ Paul D. Riddle*
PAUL D. RIDDLE
Assistant Federal Public Defender
Attorney for Jose Roglio Florez

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Defendant shall have until 10/20/2016, to comply with the requirements of LCR 10-1 governing written waiver of his appearance at arraignment.

Dated: October 12, 2016

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 11, 2016, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT AND PLEA HEARING ON THIRD SUPERSEDING INDICTMENT** by electronic service (ECF) to the person named below:

>	DANIEL G. BOGDEN
>	United States Attorney
>	ALEXANDRA M. MICHAEL
>	ANDREW DUNCAN
>	ROBER KNIEF
>	Assistant United States Attorney
>	333 Las Vegas Blvd. So. 5th Floor
>	Las Vegas, NV 89101

>					*/s/Nancy Vasquez, Legal Assistant*
>					Employee of the Federal Public Defender