RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
paul_riddle@fd.org

Attorney for Jose Roglio Florez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSE ROGLIO FLOREZ,<br><br>        Defendant. | Case No. 2:15-cr-071-JAD-GWF<br><br>**UNOPPOSED MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT AND PLEA HEARING ON THIRD SUPERSEDING INDICTMENT** |

COMES NOW THE DEFENDANT, Jose Roglio Florez, by and through Rene L. Valladares, Federal Public Defender and his counsel of record, Paul D. Riddle, Assistant Federal Public Defender, and hereby respectfully moves this Court for an order to waive his appearance on the Third Superseding Indictment (ECF 135) filed on October 5, 2016.

Although Federal Rules of Criminal Procedure 43(a) mandate a defendant appear for the initial arraignment and plea on indictment, defendant Jose Roglio Florez made his initial appearance for arraignment and plea in this case on March 18, 2015 (ECF 15).

/ / /

After conferring, government counsel has indicated to undersigned defense counsel that he is not opposed to the waiver of Mr. Florez's appearance. The third superseding indictment filed has changed count three from Armed Bank Robbery to Interference with Commerce by Robbery, however, the factual allegations remain the same.

The defendant, Jose Roglio Florez, hereby requests this Court to proceed during defendant's absence pursuant to this waiver, and hereby agrees that defendant's interests are deemed represented at all times by the presence of defense counsel:

> (1) The defendant affirms he has received and read a copy of the indictment and understands the nature of the charge(s);
> (2) The defendant understands and acknowledges that he has the right to remain silent, the right to trial by jury, the right to compulsory process, and the right to the assistance of counsel;
> (3) Counsel affirms that he has no reason to question the defendant's competence to assist in the defense of the case;
> (4) Defendant has a right to be present at the arraignment and waives that right;
> (5) Defendant's plea to the charge(s) is not guilty

DATED: 10/16/16

PAUL D. RIDDLE
Assistant Federal Public Defender

DATED: 10-17-16

JOSE ROGLIO FLOREZ

Accordingly, Mr. Florez respectfully requests the Court waive his appearance Thursday, October 13, 2016 at 3:00 p.m.

Respectfully submitted,

DATED this __19th__ th of October, 2016.   RENE L. VALLADARES
Federal Public Defender

By: */s/ Paul D. Riddle*
PAUL D. RIDDLE
Assistant Federal Public Defender
Attorney for Jose Roglio Florez

IT IS SO ORDERED:

this __20th__ day of __October__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 19, 2016, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO WAIVE APPEARANCE AT ARRAIGNMENT AND PLEA HEARING ON THIRD SUPERSEDING INDICTMENT** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
ALEXANDRA M. MICHAEL
ANDREW DUNCAN
ROBER KNIEF
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

/s/Nancy Vasquez, Legal Assistant
Employee of the Federal Public Defender

4