RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261
paul_riddle@fd.org

Attorney for Jose Roglio Florez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>JOSE ROGLIO FLOREZ,<br><br>                Defendant. | Case No. 2:15-cr-071-JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Jose Roglio Florez, that the Sentencing Hearing currently scheduled on Tuesday, May 30, 2017 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The defendant is in custody but agrees with the continuance.

2. Defendant is gathering letters from family and friends to include in a sentencing memorandum.

3. The parties agree to the continuance.

This is the first request for continuance of the sentencing filed herein.

DATED this 23rd day of May, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | */s/ Cristina Silva for Alexandra Michael*<br>By_____<br>ALEXANDRA M. MICHAEL<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-071-JAD-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE ROGLIO FLOREZ, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on Tuesday, May 30, 2017 at 10:00 a.m., be vacated and continued to June 26, 2017 at 10:00 a.m.

DATED this 26th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE