STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
ALEXANDRA MICHAEL
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-5087
Alexandra.M.Michael@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00071-JAD-GWF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| vs. | ) | |
| | ) | (Second Request) |
| JOSE ROGLIO FLOREZ, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Paul Riddle, Esq., counsel for Defendant JOSE ROGLIO FLOREZ, that the Court continue Defendant's sentencing hearing, currently scheduled for June 26, 2017 at 10:00 a.m. [dkt. 440] for no less than fourteen (14) days, to a date and time to be set by this Honorable Court.

This stipulation is entered for the following reasons:

1. The undersigned AUSA was recently in trial on the case of *United States v. Maria Larkin* 2:12-cr-00319-JCM-GWF from June 5, 2017 through June 13, 2017.

2. The government needs additional time to prepare and submit a sentencing memorandum for the defendant.

3. The parties believe that it is in the interest of justice to continue the sentencing at this time.

4. The Government has conferred with defense counsel and he does not object to the continuance.

5. The Defendant is incarcerated, but he does not object to the continuance.

6. The additional time requested herein is not sought for purposes of delay.

7. This is the second request for a continuance filed herein.

8. The additional time requested by this stipulation, is allowed, with the Defendant's consent under the Federal Rules of Procedure 5.1(d).

Dated: June 20, 2017.

/s/
ALEXANDRA MICHAEL
Assistant United States Attorney
Counsel for the United States

/s/
PAUL RIDDLE, ESQ.
Counsel for Defendant JOSE ROGLIO FLOREZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00071-JAD-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING** |
| vs. | ) | **SENTENCING HEARING** |
| | ) | |
| JOSE ROGLIO FLOREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **FINDINGS OF FACTS**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The undersigned AUSA was recently in trial on the case of *United States v. Maria Larkin* 2:12-cr-00319-JCM-GWF from June 5, 2017 through June 13, 2017.

2. The government needs additional time to prepare and submit a sentencing memorandum for the defendant.

3. The parties believe that it is in the interest of justice to continue the sentencing at this time.

4. The Government has conferred with defense counsel and he does not object to the continuance.

5. The Defendant is incarcerated, but he does not object to the continuance.

6. The additional time requested herein is not sought for purposes of delay.

7. This is the second request for a continuance filed herein.

8. The additional time requested by this stipulation, is allowed, with the Defendant's consent under the Federal Rules of Procedure 5.1(d).

For all of the above-stated reasons, the ends of justice would best be served by a continuance of Defendant's sentencing hearing.

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that Defendant's sentencing hearing, currently scheduled for 06/26/2017 at 10:00 a.m. be vacated and reset for July 24, 2017 at 9:00 a.m.

DATED this 22nd day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE